# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Oklahoma Merge, LP et al.<br><br>Debtor. | Bankruptcy Case No.  19-11808 (JTD) |
| Grande Oil and Gas, Inc.,<br>                Appellant,<br>v.<br>Gaedeke Oil and Gas Operating, LLC,<br>                Appellee. | C.A. No. 22-1179-GBW<br>Bankr. BAP No. 22-50 |

## **RECOMMENDATION**

At Wilmington this **17th** day of **October, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

The parties have been working on this matter as well as other related litigation

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

that is pending in Oklahoma for a long time.  As a result, neither believe that mediation would be worthwhile or likely succcesful.  Both request that this appeal be excepted from mandatory mediation and propose the following briefing schedule

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated because this Recommendation is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge